05-585

## AFFIDAVIT OF DEFENDANT

Petitioner, Joseph M. Walls, does hereby swear, under the penalty of perjury, upon my personal knowledge, that all statement contained herein are true and accurate, and that copies of this petition for writ of habeas corpus was served upon the parties listed below, by placing same in the prison mail box, to be delivered by first class mail, on the date below:

1. Clerk
U.S. District Court
District of Delaware
Federal Building
844 King Street
Wilmington, DE 19801

2. Hon. M. Jane Brady
Attorney General
State of Delaware
820 N. French Street
Wilmington, DE 19801

Sworn to and Signed this 5th day of August, 2005.



Joseph M. Walls, A.A.S.
DCC #107897 Bldg. S-1
Delaware Correctional Center
1181 Padlock Road
Smyrna, DE 19977

XC: Delaware Innocent Project

27.